AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-370

FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _2_ COPIES OF AO FORM 85.

_6-7-05 Received 6/8/05_   _Anne Marie Connor_
(Date forms issued)        (Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

