

```
        FILED
CLERK U.S. DISTRICT COURT
    DISTRICT OF DELAWARE
   2005 JUN -7 PM 3:54
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

☐ **ORIGINAL**

Anne Marie Connor,   Case No: _05-370_
   Petitioner / Plaintiff,

v.

United States of America.
   Respondent / Defendant.

REQUEST FOR
DECLARATORY JUDGMENT
28 U.S.C. §2201
F.R.C.P. Rule 57 and

REQUEST FOR
STATUS DETERMINES DUE TO
CONFLICTS IN AGENCY
RECORDS

## DECLARATION



State of Delaware

County of Sussex

I, Anne Marie Connor, do declare:

1) I am legally competent and have personal knowledge of the facts and events stated herein and, under penalty of perjury pursuant to 28 U.S.C. §1746, do hereby state that I am competent to testify.

STATEMENTS AND PROOF OF MATERIAL FACTS

2) On or about April 26, 2005, I was provided by the Baltimore Disclosure Office, Disclosure Officer Joan D. McClean, with an IMF Transcript-Complete dated 04-06-2005 (*Exhibit 1, p.1*) as requested through Freedom of Information Act Request.

3) Ms. McLean's correspondence dated April 26, 2005 explained there were a total of 7 pages responsive to my request and that there were two lines exempted from disclosure as identified by handwritten exemption information excluding the actual statutes to which the partial annotation applied.

4) In dealing with the contents of the IMF I have used the downloaded Document 6209 Manual formerly a part of the IRS web cite. *See cover page* from same establishing month and IRS URL from which it was downloaded in Exhibit 2.

5) Your affiant is providing two pages which defines two transaction codes, i.e., TC SFR 150 and TC 590 in Exhibits 2 and 3, which pages were printed from the Document 6209 Manual as downloaded from the IRS web prior to 2003.

6) Where I have cited to case studies/law and/or other information in the current published Internal Revenue Manual remaining on the IRS web cite, I have provided sufficient information to validate the information.

I do solemnly declare and affirm, under penalty of perjury, that to the best of my knowledge, information and belief, the information and statements set forth herein, are true and correct.

It is so stated this 6th day of June, 2005

*Anne Marie Connor* (signature)

Anne Marie Connor, proper person
7 Kent Avenue
Bethany Beach, De. 19930