OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## **NOTICE REGARDING PERSONAL INFORMATION**

June 16, 2005

Anne Marie Connor, Pro se
7 Kent Avenue
Bethany Beach, DE 19930

RE:

05-cv-00370-GMS

Connor v. United States Of America
Assigned to: Honorable Gregory M. Sleet
Cause: 28:2201 Declaratory Judgment
Date Filed: 06/07/2005
Jury Demand: None
Nature of Suit: 870 Taxes

DOCUMENT TITLE:

REQUEST FOR DECLARATORY JUDGMENT filed against United States Of America - Magistrate Consent Notice and Rule 4 mailed to Pltf. ( Filing fee $ 250, receipt number 139532.) - filed by Anne Marie Connor. (Attachments: # 1. 1 Exhibit)(els, ) Additional attachment(s) added on 6/15/2005 (dab, ). (Entered: 06/08/2005)

NOTE: D.I. #1 Exhibit behind Dept of Treasury Letter to Pltf dated Apr 8, 2005; every page contains an "Account No" that may be a Social Security Number.

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns.

If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

A copy of our detailed Notice Regarding Personal Information is provided for your reference.

/s/ Ronald B. Eberhard
cc: Assigned Judge (ECF)        Deputy Clerk

NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

                                                Peter T. Dalleo,
                                                Clerk of Court