Anne Marie Connor
7 Kent Avenue
Bethany Beach, Delaware 19930

United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

Attention:    Peter T. Dalleo

Re:    Civil Case # 05-370

Dear Mr. Dalleo:



With reference to the above captioned, I have been notified by the Department of Justice that I made some procedural errors in my original filing. I have corrected those errors and have enclosed the corrected packages using the above assigned case number. As before, I am enclosing original and "2" copies. Please stamp the extra copy and return it to me in the stamped envelope provided. This time I have also enclosed a Civil Cover Sheet and Summons.

I am also enclosing a Motion to Seal in answer to the information sent to me regarding the use of electronic filing. With identity theft on the incline, I do not want my social security number on the internet. Incidentally, I blocked out all but the last four digits of my social security number on the above referenced new documents.

I believe these changes should clear up any existing errors. I apologize for any additional work this has caused you.

Sincerely,

Anne Marie Connor