IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE



| | |
|---|---|
| ANNE MARIE CONNOR<br>  Plaintiff | Case No.:05-370 |
| V. | |
| UNITED STATES OF AMERICA<br>COMMISSION OF THE INTERNAL REVENUE,<br>INTERNAL REVENUE SERVICE<br>  Defendants | MOTION TO SEAL |

Comes now, ANNE MARIE CONNOR, in her proper person, with this MOTION TO SEAL.

The reasoning here is privacy as personal tax information and information leading to identity theft could be revealed.

Respectfully submitted this 6th day of July, 2005 by:

*Anne Marie Connor*
Anne Marie Connor
7 Kent Avenue
Bethany Beach, Delaware 19930