

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

APR 0 8 2005

Ms. Anne Marie Connor
7 Kent Avenue
Bethany Beach, DE 19930-9131

```
FILED

JUL 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Re: IMF MCC Certified "Complete" Transcript
    Baltimore Disclosure Office Case #: 52-2005-00418

Dear Ms. Connor:

This is in response to your Freedom of Information Act (FOIA) request for IMF MCC certified "Complete" transcript bearing your name and social security number. Your request was dated March 28, 2005 and received in this office on April 1, 2005.

Enclosed are "Complete" transcripts consisting of 6 pages that are responsive to your request. We have enclosed a copy of a transaction code guide to assist you with interpreting the transcripts. We withheld portions of page 1 and assert exemptions (b)(7)(E) and (b)(3) in conjunction with IRC section 6103(e)(7). Exemptions (b)(7)(E) and (b)(3) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. IRC section 6103(e)(7) would impair Federal tax administration if such information was released.

Please be advised that it is not IRS' policy to certify documents where exemptions apply because the document is no longer a "True Copy." Therefore, we are returning your money order (Serial Number 06988845598), in the amount of $20 for whatever action you deem appropriate.

Notice 393 (enclosed), explain the exemptions and your appeal rights.

If you have any questions regarding this matter, please contact Ms. Tucker, ID # 52-05801, of my staff at (410) 962-7553. Our address is as follows: IRS Baltimore Disclosure Office, 31 Hopkins Plaza, Rm. 1210, Baltimore, MD 21201.

Sincerely yours,

*Joan D. McClean*

Joan D. McClean
Baltimore Disclosure Officer

Enclosures

```
001327

PAGE NO-0001

                    *IMF MCC TRANSCRIPT-COMPLETE*          EMP NO 79-212-20407

  ACCOUNT NO      -5910            04-06-2005
  NAME CONT- CONN                  CYCLE-200514
************************************************************************
FOR-7921220407 BY-7921220407 ON-04062005 TYP-C
TIME-09:18 SRC-I                      PROCESSED ON-096
                                      ENTITY AND TAX MODULE DATA FOUND ON MF


1997 1 ANNE M CONNOR
       7 KENT AVE                                  BODC-SB BODCLC-V
200322 BETHANY BEACH          DE 19930-9131-077
                                      PRIOR NAME CONTROL-          FZ>    -
LOC-5124                              MFR-05  VAL-1 IRA-                 CAF-
YEAR REMOVED-        ENT EXT CYC-     FYM-12  SCS-    CRINV- 130-
                                      RPTR-   PMF-    SHELT-  BNKRPT- BLLC-
                                      ACCRETION-                       MIN SE-
                                      JUSTIFICATION-1  IRS EMPL-  FED EMPL-


PTNL ANNE M CONNOR

LSTRET-1998 ME-      CND-E FLC-00 199920

    150 -----------------------197510          54211-053-03452-5
    152 -----------------------197708          54211-036-44146-7
    152 -----------------------198330          49222-112-98215-3
    152 -----------------------198427          28222-109-23431-4
    152 -----------------------198723          28222-107-19848-7
    016 -----------------------198807          99263-365-00000-7
                                               JUSTIFICATION-
                                               HIST NAME CTRL-
    152 -----------------------198825          28222-111-25705-8
    060 -----------------------198842          51263-273-99999-5     UPLC-
                                        RECAP-0986  F2119 REQD-8  DUE-0988
    152 -----------------------199019          28221-108-64629-0
    152 -----------------------199125          28222-109-58230-1
    152 -----------------------199426          28222-109-01403-4
    152 -----------------------199528          28212-115-78911-5
    971 -----------------------200001          52277-999-99999-0
```
Exemption (b)(7)(E) and (b)(3) With 6103(e)(7)
```
    014 -----------------------200322          51263-995-99999-3
```
exemption (b)(7)(E) and (b)(3) With 6103(e)(7)
```
LOWER LEVEL MODS-INPUT SPECIFIC OR L REQ 30 199712
                                         30 199812
MODULES REMOVED TO RETENTION REG-------- 30 197412 ULC-54  CYCLE-197901
                                         30 197512 ULC-54  CYCLE-197901
                                         30 197612 ULC-54  CYCLE-198001
                                         30 197712 ULC-54  CYCLE-198101
                                         30 197812 ULC-54  CYCLE-198401
                                         30 197912 ULC-54  CYCLE-198501
                                         30 198212 ULC-54  CYCLE-198801
*****************************CONTINUED ON NEXT PAGE***************************
```

1

001328

PAGE NO-0002

```
                          *IMF MCC TRANSCRIPT-COMPLETE*          EMP NO 79-212-20407

  ACCOUNT NO        -5910              04-06-2005
  NAME CONT- CONN                      CYCLE-200514
********************************************************************************
                                    30 198312 ULC-51  CYCLE-198901
                                    30 198412 ULC-51  CYCLE-199001
                                    30 198512 ULC-51  CYCLE-199101
                                    30 198612 ULC-51  CYCLE-199401
                                    30 198712 ULC-51  CYCLE-199301
                                    30 198812 ULC-51  CYCLE-199401
                                    30 198912 ULC-51  CYCLE-199501
                                    30 199012 ULC-51  CYCLE-199601
                                    30 199112 ULC-52  CYCLE-199701
                                    30 199212 ULC-52  CYCLE-199801
                                    30 199312 ULC-52  CYCLE-199901
                                    30 199412 ULC-52  CYCLE-200001
                                    30 199512 ULC-52  CYCLE-200101
                                    30 199612 ULC-51  CYCLE-200201
**************************
* TAX PERIOD 30     199912 *         REASON CD-             MOD EXT CYC-
**************************
FS-1  TFRP- CRINV- LIEN-             28277-422-07234-1  CAF-   FZ>
TDA COPYS-                           TDI COPYS-0003506
       INT TOLERANCE-  MATH INCREASE- HISTORICAL DO-51 BWNC-   BWI-
MF MOD BAL-                  0.00
ACRUED INTEREST-        0.00 02072005         CSED-
ACCRUED PENALTY-        0.00 02072005         RSED-
FMS- IA CD-0                                  ARDI-0             ASED-00000000


   140 11212000           0.00   200048 52249-326-00000-0
                                         PRC-

   971 01202001---------------  200105 28277-422-07234-1
                                         XREF-                    971 CD-611
                                         X-MFT-00 MEMO-               FTD ALRT-0

   590 02202001---------------  200109 28249-451-00065-1
                                         COLCLOS-76              XREF-

MF STAT-02 11212000    NOTICE AO-       200048
MF STAT-02 12112000 1  NOTICE AO-52     200048
MF STAT-02 01292001 4  NOTICE AO-52     200103
MF STAT-06 02202001           0.00      200109
**************************
* TAX PERIOD 30     200112 *         REASON CD-             MOD EXT CYC-
**************************
```

****************************CONTINUED ON NEXT PAGE****************************

2

```
001329

PAGE NO-0003   TAX PERIOD 30 200112

                    *IMF MCC TRANSCRIPT-COMPLETE*         EMP NO 79-212-20407

  ACCOUNT NO      .-5910            04-06-2005
  NAME CONT- CONN                   CYCLE-200514
*********************************************************************************
FS-1  TFRP-  CRINV-  LIEN-              28210-277-26917-3    CAF-   FZ>    -LR
TDA COPYS-                              TDI COPYS-
       INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-51 BWNC-   BWI-
MF MOD BAL-                   0.00
ACRUED INTEREST-            0.00 02072005       CSED-
ACCRUED PENALTY-           0.00 02072005       RSED-04152005
FMS- IA CD-0                             ARDI-0            ASED-00000000

  SFR  150 10272003              0.00       200342
                                 28210-277-26917-3 D CD-         SRC-
RET RCVD DT-09122003             PREPARE IND-0  PREPARE TIN-
                                              TAX PER T/P-              0.00
                                                 F/C-  AGI-             0.00
                                 FOREIGN-           FARM-  MF P-1
                                 XRF-               AEIC-               0.00
                                 NAI-          EXMPT-01 NRGY-           0.'00
                                 LTEX-            TAXABLE INC-          0.00
                                 PENALTY SUPP-1004    SET-             0.00
                                                 TOTAL WAGES-          0.00
                                 MDP-         TOTAL INC TX-           0.00
                                     EST TAX BASE-                     0.00
                                       PR YR BASE-                     0.00
                                 SHORT YR CD-     ES FORGIVENESS %-  0
                                 1ST SE-     0.00       2ND SE-    0.00
                                 ACCT TYPE-
                                 EFT-0
                                 F8615-  UNAPPLD CR ELECT-
                                       ES TAX PAYMENT-                0.00
                                            DIR DEP REJ RSN CD-00
                                 PUTI-         0   SUTI-               0
                                 PMEI-         0   SMEI-               0
                                 PMTI-         0   SMTI-               0

     570 10272003---------------  200342 28210-277-26917-3
                                 COLCLOS-         CYCLES-

     425 12102003---------------  200351 28277-344-20000-3
                                 SOURCE-62  ORG-      PROJ-671  RET REQ-
                                 PTR DO-00

     420 12182003---------------  200352 28277-352-00000-3
                                 AIMS SC-62 PBC-204 SBC-87700 EGC-1069
**************************
* TAX PERIOD 30    200212 *        REASON CD-          MOD EXT CYC-
**************************
**************************CONTINUED ON NEXT PAGE****************************
```

*3*

001330

PAGE NO-0004   TAX PERIOD 30 200212

                    *IMF MCC TRANSCRIPT-COMPLETE*              EMP NO 79-212-20407

 ACCOUNT NO        5910              04-06-2005
 NAME CONT- CONN                     CYCLE-200514
***********************************************************************************
FS-1  TFRP-  CRINV-  LIEN-               28210-277-25518-3   CAF-   FZ>    -LR
TDA COPYS-                               TDI COPYS-
         INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-51 BWNC-   BWI-
MF MOD BAL-                    0.00
ACRUED INTEREST-              0.00  02072005        CSED-
ACCRUED PENALTY-             0.00  02072005        RSED-04152006
FMS- IA CD-0                                       ARDI-0              ASED-00000000

 SFR  150 11172003                   0.00       200345
                                    28210-277-25518-3 D CD-            SRC-
RET RCVD DT-09122003                PREPARE IND-0  PREPARE TIN-
                                               TAX PER T/P-                 0.00
                                               F/C-  AGI-                   0.00
                                    FOREIGN-             FARM-  MF P-
                                    XRF-                 AEIC-              0.00
                                    NAI-        EXMPT-01 NRGY-              0:00
                                    LTEX-            TAXABLE INC-           0.00
                                    PENALTY SUPP-1000    SET-              0.00
                                               TOTAL WAGES-                0.00
                                    MDP-        TOTAL INC TX-              0.00
                                         EST TAX BASE-                     0.00
                                         PR YR BASE-                       0.00
                                    SHORT YR CD-      ES FORGIVENESS %-   0
                                    1ST SE-     0.00      2ND SE-     0.00
                                    ACCT TYPE-
                                    EFT-0
                                    F8615-  UNAPPLD CR ELECT-
                                         ES TAX PAYMENT-                   0.00
                                               DIR DEP REJ RSN CD-00
                                    PUTI-       0   SUTI-                   0
                                    PMEI-       0   SMEI-                   0
                                    PMTI-       0   SMTI-                   0

      570 11172003---------------- 200345 28210-277-25518-3
                                    COLCLOS-        CYCLES-

      425 12112003---------------- 200351 28277-345-20000-3
                                    SOURCE-62  ORG-      PROJ-671  RET REQ-
                                    PTR DO-00

      420 12182003---------------- 200352 28277-352-00000-3
                                    AIMS SC-62 PBC-204 SBC-87700 EGC-1069
*************************
* TAX PERIOD 30     200312 *        REASON CD-              MOD EXT CYC-
*************************
*****************************CONTINUED ON NEXT PAGE*****************************

4

001331

PAGE NO-0005   TAX PERIOD 30 200312

                    *IMF MCC TRANSCRIPT-COMPLETE*              EMP NO 79-212-20407

  ACCOUNT NO       ·5910              04-06-2005
  NAME CONT- CONN                CYCLE-200514
*********************************************************************
FS-1  TFRP-  CRINV-  LIEN-          17210-888-00000-4    CAF-   FZ>    -LR
TDA COPYS-                           TDI COPYS-
        INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-51 BWNC-   BWI-
MF MOD BAL-              0.00
ACRUED INTEREST-        0.00  02072005        CSED-
ACCRUED PENALTY-        0.00  02072005        RSED-04152007
FMS- IA CD-0                                  ARDI-0              ASED-00000000

  SFR  150 08232004              0.00      200432
                                    17210-888-00000-4   CD-          SRC-
RET RCVD DT-08042004                PREPARE IND-0  PREPARE TIN-
                                           TAX PER T/P-              0.00
                                            F/C-   AGI-              0.00
                                    FOREIGN-         FARM-  MF P-
                                    XRF-             AEIC-           0.00
                                    NAI-        EXMPT-   NRGY-       0:00
                                    LTEX-          TAXABLE INC-      0.00
                                    PENALTY SUPP-1000    SET-        0.00
                                               TOTAL WAGES-         0.00
                                    MDP-        TOTAL INC TX-       0.00
                                       EST TAX BASE-                0.00
                                          PR YR BASE-              0.00
                                    SHORT YR CD-     ES FORGIVENESS %-  0
                                    1ST SE-    0.00        2ND SE-   0.00
                                    ACCT TYPE-
                                    EFT-0
                                    F8615-  UNAPPLD CR ELECT-
                                           ES TAX PAYMENT-          0.00
                                           DIR DEP REJ RSN CD-00
                                    PUTI-       0   SUTI-              0
                                    PMEI-       0   SMEI-              0
                                    PMTI-       0   SMTI-              0

     971 12152003--------------- 200352 17277-751-02170-3
                                    XREF-                    971 CD-140
                                    X-MFT-00 MEMO-               FTD ALRT-0

     425 08042004--------------- 200432 17277-217-20000-4
                                    SOURCE-24  ORG-     PROJ-257  RET REQ-
                                    PTR DO-10

     570 08232004--------------- 200432 17210-888-00000-4
                                    COLCLOS-        CYCLES-

     425 08232004--------------- 200432 17277-888-00000-4
                                    SOURCE-62  ORG-     PROJ-287  RET REQ-
                                    PTR DO-00
****************************CONTINUED ON NEXT PAGE****************************

001332

PAGE NO-0006  TAX PERIOD 30 200312*CONTINUED

                    *IMF MCC TRANSCRIPT-COMPLETE*         EMP NO 79-212-20407

 ACCOUNT NO       -5910            04-06-2005
 NAME CONT- CONn                   CYCLE-200514
*************************************************************************

    420 08122004--------------- 200433 28277-225-00000-4
                                 AIMS SC-24 PBC-204 SBC-87700 EGC-1069

6



# ADP and IDRS Information

| Section Number | Title |
|---|---|
| Section 1. | Glossary |
| Section 2. | Tax Returns and Forms |
| Section 3. | Tax Return Information |
| Section 4. | Document Locator Number |
| Section 5. | Debtor Master File (DMF) |
| Section 6. | Initiating and Monitoring Refund Check Tracing Action |
| Section 7. | Reserved |
| Section 8. | Master File Codes |
| Section 9. | Notices and Notice Codes |
| Section 10. | Federal Tax Deposit System |
| Section 11. | Collection |
| Section 12. | Examination/EP-EO/ Appeals |
| Section 13. | Integrated Data Retrieval System (IDRS) |
| Section 14. | Corporate Files On-Line |
| Section 15. | Service Center Recognition/Image Processing System (SCRIPS) |
| Section 16. | Julian Date, Cycle and Notice Calendars |
| Section 17. | Appendix |

Update your database by going to:
IRS 6209 Manual

Friday, 20-Aug-1999 14:47:22 EDT

file://F:\6209toc.html

5/31/05

| Trans Code | DR/CR* | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 150 | Debit* (NPJ) | I/B E/A P | Return Filed & Tax Liability Assessed | IMF: 05, 06, 07, 08, 09, 10, 11, 12, 21, 22, 26, 27, 51, 72, 73, BMF: 03, 05, 06, 07, 08, 09 10, 11, 13, 16, 20, 23, 29, 35, 36, 38, 40-44, 46, 51, 59, 60, 65, 66 (PSC only) 67, 71, 81, 83, 90-93, 95 EPMF: 30, 31, 37, 38 IRAF: 11, 12, 21, 22, 51, 73 PMF: 69 | A tax liability assessed from the original return establishes a tax module. *BMF: Assessment may be Credit for Form CT-1, 720 and 941. See TC 976-977 for amended return. — |
| 150 | | I/A | Entity Created by TC 150 | Generated Transaction | This TC 150 when posted to the Entity Transaction Section indicates the Master File Entity was created from the posting of the return. |
| 151 | | E/A | Reversal of TC 150 or 154 | 77 | EPMF: Reverses return data. Effective 07/01/92 - Action Code 30 Reverses TC 154. IRAF: Report Suppression. TC 150 or 154 when TC 971 code is 19. Must be posted and balance of module must be zero. Used when F5329 filed in error. |
| 152 | | I/A | Entity Updated by TC 150 | Generated Transaction | Designates a return which updated entity data and is posted to the Entity Transaction Section. |
| 154 | | E | Posting F5330 Data | 35 | Posts when First Letter Indicator is significant and no other satisfying transaction (150, 59X, 977) is present. TC 155 will suppress the identification of a delinquent account. |
| 155 | | E | 1st Correspondence Letter sent | 30, 37, 38 | Posts when Second Letter Indicator is significant and no other satisfying transaction (150, 59X, 977) is present. TC 156 will suppress the identification of a delinquent account. |
| 156 | | E | Subsequent Correspondence sent | 30, 37, 38 | EPMF Second Correspondence letter. Posts to EPMF to Bypass delinquency. |
| 157 | | E | Schedule A | 30, 37, 38 | Received by EPMF through S.C. GPP for forwarding to Dept. of Labor, not posted to EPMF. |
| 157 | | B | Form 5578 Non-Discrimination Certification | 84 | Posted to indicate input of Form 5578 |

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 590 | B/I/E | | Satisfying Trans. | 14, 49 or Generated Transaction | Not liable this tax period. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 591 | B/I/E | | Satisfying Trans. | 14, 49 or Generated Transaction | No longer liable for tax. Satisfies this module and all subsequent modules for same MFT if not already delinquent. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 592 | B/I/E | | Reverse 59X Trans | 14, 49 | Reverse any previously posted TC 59x (regardless of the TC 59x cc) present in the module. Updates FRC from 0 to 1. |
| 593 | B/I/E | | Satisfying Trans | 14, 49 or Generated Transaction | Unable to locate taxpayer. Satisfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. TC 593 updates the Filing Requirement Code to zero. Note: when an address change posts to the entity, a TC 592 is generated 1 cycle later for each module with a RDD within the previous 5 years of the current 23C date. |
| 594 | B/I/E | | Satisfying Trans | 14, 49 | Return previously filed. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |
| 595 | B/I/E | | Satisfying Trans | 14, 49 | Referred to Examination. Satisfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. Updates FRC to zero. See Section 11 for appropriate closing codes. |
| 596 | B/I/E | | Satisfying Trans | 14, 49 | isfies this module and all subsequent modules for same MFT. Requires a two digit closing code for IDRS input. Updates FRC to zero. See Section 11 for appropriate closing codes. |
| 597 | B/I/E | | Satisfying Trans | 14, 49 | Surveyed. By National Office direction only. Satisfies this module only. Requires a two digit closing code for IDRS input. See Section 11 for appropriate closing codes. |