IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANN MARIE CONNOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-370 GMS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

WHEREAS, on June 7, 2005, Ann Marie Connor ("Connor") filed a declaratory judgment action against the United States of America (the "United States");

WHEREAS, on September 13, 2005, the United States filed a Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter (D.I. 9);

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), an answer brief to the United States' motion was due on September 27, 2005; and

WHEREAS, as of the date of this Order, Connor has not filed an answer brief to the motion to dismiss;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an answer brief to the United States' motion to dismiss within ten (10) days of the date of this Order.

2.  Should the plaintiff fail to comply with this Order, the court will decide the motion to dismiss on the present record.

Dated: November __1__, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED

NOV 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE